

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2023

No. 04-23-01036-CV

**IN RE PEDRO RODRIGUEZ**

Original Proceeding[1]

**ORDER**

On November 30, 2023, relator Pedro Rodriguez filed a petition for writ of mandamus. After considering the petition and record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on November 30, 2023 is lifted.

It is so **ORDERED** on December 27, 2023.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. CC-16-60, styled *In the Matter of the Marriage of Veronica Rodriguez and Pedro Rodriguez and In the Interest of Pedro Rodriguez III*, pending in the County Court at Law, Starr County, Texas, the Honorable Orlando Rodriguez presiding.